

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Re:  Case Number: _____

  Previously Superior Court Case No. _____

  Case Name: _____

Dear Sir / Madam:

  Pursuant to this Court's ORDER OF REMAND issued on _____, the above-referenced case is hereby remanded to your jurisdiction.

  Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

  Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: _____
 Deputy Clerk

☐ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

====================================================================================

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____    By: _____
Date                                                                Deputy Clerk

CV - 103 (09/08)     **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**